OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. After a jury trial, defendant was convicted of criminal possession and sale of a controlled substance in the third degree. On appeal, defendant challenged the court’s
 
 Allen
 
 charge to the jury as being improper. The Appellate Division rejected defendant’s contention.
 

 
 *763
 
 The record indicates that the
 
 Allen
 
 charge when taken as a whole was proper. The initial charge stressed the importance of reaching a verdict without forcing any juror to yield a conscientious belief
 
 (see, People v Ali,
 
 65 AD2d 513, 514,
 
 affd
 
 47 NY2d 920). While noting the jurors must accommodate inconsistencies in what other jurors may urge and attempt to reconcile the testimony, the court urged the jurors to "stick to [their] guns” if they believed in the "righteousness” of their positions. Moreover, any lack of clarity that could have arisen from the initial charge was dispelled by the court’s supplemental instruction.
 

 Defendant’s remaining contentions are unpreserved.
 

 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.